**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01331-CV

### ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant

### V.

### VICTOR QUINTANILLA, OSCAR INTERIANO ROSALES AND ACCIDENT FUND INSURANCE COMPANY OF AMERICA, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03500**

# ORDER

Before the Court is court reporter Gina M. Udall's January 8, 2020 request for extension

of time to file the record.  We **GRANT** the request and **ORDER** the reporter's record be filed no

later than February 10, 2020.


/s/     KEN MOLBERG
         JUSTICE